UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BARCLAYS TRUST,<br><br>                Plaintiff,<br><br>     v.<br><br>NATIN PAUL; WORLD CLASS HOLDING COMPANY, LLC; and WORLD CLASS MANAGEMENT COMPANY, LLC,<br><br>                Defendants. | Case No. 20-cv-947<br><br>District Judge Robert Pitman |

## **AGREED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **October 30, 2020**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **October 28, 2020**, and each opposing party shall respond, in writing, on or before **October 30, 2020**. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before **October 30, 2020**.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **November 2, 2020**.

5. The Parties do not expect to retain expert witnesses to resolve this matter. The Parties will timely update the Court if expert witnesses become necessary to litigate this matter.

6. The Parties shall complete all discovery on or before **November 2, 2020**.[1]

7. All dispositive motions shall be filed on or before **November 4, 2020** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than **14 days** after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than **7 days** after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

8. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

---

[1] The Parties have agreed to stay all discovery as the material facts of this breach of contract action are not in dispute. If, following the filing of a Motion for Summary Judgment, a Party believes discovery is warranted, that Party may file a Motion under Federal Rule of Civil Procedure 56(d) seeking to defer consideration of the Motion to allow for discovery.

9. This case is set for <u>to be set at a later date</u> trial commencing at 9:00 a.m. on

   _____, 2020.

   By filing an agreed motion, the parties may request that this Court extend any deadline set in this Order, with the exception of the dispositive motions deadline and the trial date. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

   SIGNED on _____ February 23 _____, 2020

   _____
   ROBERT PITMAN
   UNITED STATES DISTRICT JUDGE