UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BARCLAYS TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>NATIN PAUL; WORLD CLASS HOLDING COMPANY, LLC; and WORLD CLASS MANAGEMENT COMPANY, LLC,<br><br>    Defendants. | Case No. 1:20-cv-00947 |

## ATTORNEY ERIC J. CASSIDY'S OPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

1. Attorney Eric J. Cassidy and his firm, Curtis Mallet-Prevost Colt & Mosle LLP, move to withdraw as the attorneys of record for Defendants Natin Paul, World Class Holding Company, LLC ("WCHC") and World Class Management Company, LLC ("WCMC").

2. There is good cause for the court to grant this motion. The attorneys and clients have differences with respect to case strategy that are unresolved. Additionally, the client and counsel have differences of opinion as to the attorney/client relationship.

3. The client has not retained substitute counsel. The court may grant this motion, however, and order the Defendants to retain a substitute attorney. *See Hill Country Indus. V. Planet Wealth Int'l Corp.*, 2020 U.S. LEXIS 98933, *2-3 (W.D. Tex. June 5, 2020). The client is represented by multiple attorneys and law firms in a host of civil litigation in Texas federal and state court. The client has the ability to retain counsel if they so choose and they have been advised of the risks of proceeding *pro se*. *Id*., at *2.

4. The client may be reached at:

Mr. Nate Paul
President and CEO
World Class
814 Lavaca Street
Austin, Texas 78701
legaldocs@world-class.com
(512) 327-3300

5. The client has responded to Cassidy's request to withdraw and opposes the motion, indicating that they want Cassidy to remain as counsel.

6. Plaintiff Barclays Trust Inc. is opposed to this motion.

For these reasons, Eric J. Cassidy and Curtis Mallet-Prevost Colt & Mosle LLP ask this Court to grant their motion to withdraw as attorneys for Defendants Natin Paul, World Class Holding Company, LLC ("WCHC") and World Class Management Company, LLC ("WCMC").

>Respectfully submitted,
>
>CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
>
>/s/ *Eric J. Cassidy*
>Eric J. Cassidy
>Texas Bar No. 24031807
>S. D. Tex. No. 30001
>2 Houston Center
>909 Fannin Street, Suite 3800
>Houston, Texas 77010
>(713) 331-2456 (Direct)
>(832) 331-6778 (Mobile)
>(832) 390-2655 (Fax)

## CERTIFICATE OF SERVICE

I certify that plaintiff was served through the Court's ECF filing system via counsel of record on January 20, 2022.

>/s/ EJC
>Eric J. Cassidy