UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BARCLAYS TRUST,<br><br>              Plaintiff,<br><br>     v.<br><br>NATIN PAUL; WORLD CLASS HOLDING COMPANY, LLC; and WORLD CLASS MANAGEMENT COMPANY, LLC,<br><br>              Defendants. | Case No. 20-cv-947<br><br>District Judge Robert Pitman |

**STIPULATION FOR VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Barclays Trust and Defendants Natin Paul, World Class Holding Company, LLC, and World Class Management Company, LLC (collectively, the "Parties") that Defendant Natin Paul is voluntarily dismissed with prejudice from the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Defendants World Class Holding Company, LLC and World Class Management Company, LLC are acknowledged to have satisfied the Consent Judgment and all other fees and costs owed by Court order through this litigation, except and provided that the Parties agree that neither this Stipulation nor any statutory or equitable limitations period (e.g., statute of limitations or laches) will bar any claim by Barclays Trust (or any of its affiliates) against any of the Defendants in the event that any person files a claim against Barclays Trust (or any affiliate of Barclays Trust) seeking to obtain, receive, or reverse any part of any payment made to Barclays Trust to satisfy all or part of the Consent Judgment previously entered in this lawsuit.

**SO STIPULATED**,

| | |
|---|---|
| /s/ Eric J. Cassidy | /s/ Jonathan W. Haray |

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
Eric J. Cassidy
2 Houston Center
909 Fannin St., Suite 3800
Houston, Texas 77010
T: 713.759.9555
F: 713.759.0712
ecassidy@curtis.com

*Attorney for Defendants Natin Paul;
World Class Holding Company, LLC;
and World Class Management Company, LLC*

**DLA PIPER LLP (US)**
Brett Solberg
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
T: 713.425.8482
F: 713.300.6082
brett.solberg@dlapiper.com

Jonathan W. Haray (*Pro Hac Vice*)
500 Eighth Street, NW
Washington, DC 20004
T: 202.799.4350
F: 202.799.5340
jonathan.haray@dlapiper.com

Courtney Gilligan Saleski (*Pro Hac Vice*)
Timothy Pfenninger (*Pro Hac Vice*)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
T: 215.656.2431
F: 215.656.5340
courtney.saleski@dlapiper.com
timothy.pfenninger@dlapiper.com

*Attorneys for Plaintiff Barclays Trust*

/s/ [signature]

Natin Paul, individually

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

                                                */s/ Brett Solberg*
                                                Brett Solberg